**Chant'e N. HODGE; Harold Hodge, Plaintiffs—Appellants,**

v.

**TAYLOR GAS COMPANY, Incorporated; Bernard Taylor; Francis Taylor; Belinda Anthony; Chuck, Taylor Helper; Brian, Taylor Truck Driver, Defendants—Appellees.**

and

**United States Post Office, Lexington Park, Maryland; Reggie Rabon, Postmaster; United States Mail Clerk Tony; United States Mail Clerk Wilmer; United States Postal Service, Headquarters, Washington, DC; Jack Potter, Postmaster General; United States Postal Service, Capital District Consumer Affairs, Capitol Heights, Maryland; Nancy Miller; Denise Mcqueen, Claims Investigator; Dawn Dinkins; William H., Taylor Driver or Helper; United States Postal Service, St. Louis, Missouri; Sandra L. Beverly; Derek Lewis; Celle; Edward Brown; Janis Cooker, CEO; Suzanae Medvidovich, Vice President; Peggy Smith; Richard Lindsey; Pakmail; Greg Harris, Owner, Defendants.**

No. 06–1002.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 18, 2006.

Decided: May 30, 2006.

Chant'e N. Hodge, and Harold Hodge, Appellants Pro Se. Sanford Alex Friedman, Law Offices of Sanford Friedman, L.L.C., Washington, D.C., for Appellees.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Chant'e N. Hodge and Harold Hodge appeal the district court's order dismissing their complaint construed under 42 U.S.C. § 1981 (2000) and various state claims. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hodge v. Taylor Gas Go., Inc.,* No. CA–05–319–DKC–8 (D.Md. Dec. 6, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*